UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Randy Lehman Probst, Sr,<br>    Debtor(s)<br><br>Freedom Mortgage Corporation,<br>    Movant(s)<br>              v.<br>Randy Lehman Probst, Sr, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 19-70762-JAD<br><br>Chapter 13<br><br>Related to Claim # 21 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Freedom Mortgage Corporation filed a Notice of Mortgage Payment Change on November 6, 2020.
2. Debtor's current escrow account payment was $314.00 per month.
3. Debtor's new escrow account payment is $469.46 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,028.65 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  November 9, 2020

/s/ Corey J. Sacca
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com