# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: RANDY LEHMAN PROBST
- Case Number: 19-70762-JAD
- Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 10:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#15 - Continued Confirmation of Plan Dated 1/13/2020 - NFC
R / M #: 15 / 0

**Appearances:**

- Debtor: Sacca
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

FILED
12/18/20 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____
7. ____ Plan/Motion continued to ____ at ____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ✓ Contested Hearing: 1-6-21 at 10:00
10. ____ Other: ____

Contested for lack of payments. Only 1 in 11 months.

12/8/2020  11:14:39AM