FILED
1/7/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **RANDY LEHMAN PROUST, SR.,** | : | Bankruptcy No. 19-70762-JAD |
| | : | |
| | : | Issued Per 1/6/2021 Proceeding |
| | : | |
| Debtor. | : | Chapter 13 |
| | X | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT(S)

**AND NOW,** this **7th** day of **January, 2021, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____ mas
JEFFERY A. DELLER
United States Bankruptcy Judge

00031212

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70762-JAD |
| Randy Lehman Probst, Sr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 2 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy Lehman Probst, Sr., 1796 Geiger Road, Friedens, PA 15541-7607 |
| cr | + | 1st Summit Bank, c/o Denver E. Wharton, Esquire, 360 Stonycreek Street, Johnstown, PA 15901-1925 |
| 15173696 | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 15173697 | + | Cambria County Tax Claim Bureau, 200 South Center Street, Ebensburg, PA 15931-1941 |
| 15173699 | + | Conemaugh Memorial Medical Center, PO Box 603396, Charlotte, NC 28260-3396 |
| 15173700 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15173701 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 15173702 | + | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15205696 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15173703 | + | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15173704 | + | Hyundai Lease Tilting Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15194381 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15173706 | + | Jenner Area Joint Sewer Authority, PO Box 202, 102 Saylor Street, Jennerstown, PA 15547-9102 |
| 15173707 | + | Peoples Natural Gas Company, LLC, c/o S. James Wallace, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15173698 | + | Email/Text: documentfiling@lciinc.com | Jan 08 2021 04:23:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 15173705 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2021 04:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15254134 | + | Email/Text: philadelphia.bnc@ssa.gov | Jan 08 2021 04:24:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., Philadelphia, PA 19123-2924 |
| 15173708 | + | Email/Text: philadelphia.bnc@ssa.gov | Jan 08 2021 04:24:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0315-7 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 18 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor Randy Lehman Probst Sr. csacca@bononilaw.com, coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denver E. Wharton | on behalf of Creditor 1st Summit Bank dew@ktwllaw.com r42123@notify.bestcase.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 7