**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RANDY LEHMAN PROBST, SR. | Case No.:19-70762 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/19/2019 and confirmed on 10/15/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,000.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 538.11 | |
|   Trustee Fee | 395.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 933.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   1ST SUMMIT BANK(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   1ST SUMMIT BANK(*)<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 0000 | 9,095.61 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 1000 | 6,690.26 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 5000 | 5,357.64 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 6000 | 6,296.61 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 2000 | 18,477.00 | 0.00 | 0.00 | 0.00 |
|   CAMBRIA COUNTY TAX CLAIM BUR<br>    Acct: 9000 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FREEDOM MORTGAGE CORP<br>    Acct: 2666 | 0.00 | 2,560.27 | 0.00 | 2,560.27 |

| 19-70762 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>Acct: 2666 | 24,664.86 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 4994 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2000 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 5000 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 8000 | 3,405.43 | 0.00 | 0.00 | 0.00 |
| JENNER AREA JOINT SEWER AUTH.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SOMERSET COUNTY TAX CLAIM BUR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SOMERSET COUNTY TAX CLAIM BUR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SOMERSET COUNTY TAX CLAIM BUR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 2001 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAMBRIA COUNTY TAX CLAIM BUR<br>Acct: 3000 | 4,197.19 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 2793 | 15,813.76 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: | 19,000.00 | 162.17 | 914.37 | 1,076.54 |
| 1ST SUMMIT BANK(*)<br>Acct: 3076 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 0952 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 0919 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1ST SUMMIT BANK(*)<br>Acct: 3537 | 1,532.72 | 349.30 | 80.78 | 430.08 |
| | | | | 4,066.89 |
| **Priority** | | | | |
| COREY J SACCA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RANDY LEHMAN PROBST, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BONONI & COMPANY<br>Acct: | 2,000.00 | 538.11 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 2793 | 16,496.76 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORP<br>Acct: 2666 | 1,400.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| 1ST SUMMIT BANK(*)<br>Acct: 3604 | 3,628.35 | 0.00 | 0.00 | 0.00 |
| COMCAST<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CONEMAUGH MEMORIAL MED CNTR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT CONTROL COLLECTIONS<br>Acct: 0589 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0505 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KAMINSKY THOMAS WHARTON ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 115.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 2793 | | | | |
| | HYUNDAI LEASE TITLING TRUST | 3,478.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 3168 | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2793 | | | | |
| | JENNER AREA JOINT SEWER AUTH. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOCIAL SECURITY ADMINISTRATION(*) | 20,494.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 2793 | | | | |
| | 1ST SUMMIT BANK(*) | 10,041.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 3076 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS      4,066.89

TOTAL CLAIMED
PRIORITY      17,896.76
SECURED      114,531.08
UNSECURED      37.757.64

Date: 02/10/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com